ARTHUR B. LONG et al., Respondents, *v.* EDWARD BUSSELL, impleaded, etc., Appellant.

. (Argued November 18, 1880 ; decided December 7, 1880.)

*S. R. Johnson* for appellant.

*Nelson Smith* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

———

WELLINGTON R. BURT et al., Appellants, *v.* EDWARD C. SMITH, Respondent.

(Argued November 29, 1880 - decided December 7, 1880.)

DECIDED on the facts in the case.

*John A. Mapes* for appellants.

*Herbert G. Hull* for respondent.

FINCH, J., reads for affirmance.
All concur except RAPALLO, J., absent.
Judgment affirmed.